IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL NO. 2545 <br> Master Docket Case No. 1:14-cv-01748 <br> Honorable Matthew F. Kennelly |
| This Document Relates To: Leschyshyn v. AbbVie Inc., et al, Case No. 1:17-cv-01778 | |

FILED
NOV 01 2018
11-01-18
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S RESPONSE TO DEFENDANT'S RESPONSE TO MOTION TO STRIKE DISMISSAL

Plaintiff files this response to submit some additional background and factual information in response to Defendant's claim that Plaintiff Profile Form ("PPF") is deficient. Specifically, the Defendant pointed out that the Plaintiff failed to establish that he actually used Androgel by producing any dispensing records (such as pharmacy records).

As the Defendant pointed out, Plaintiff is incarcerated in a federal prison. Common sense would dictated that the Plaintiff would not have immediate access to these pharmacy records. To compensate for this, the Plaintiff provided the Defendant's legal counsel at the time, Dechert LLP, with written authorizations to obtain access to Plaintiff's health records including dispensing records. See Exhibit A, for what was provided by the Plaintiff with the initial PPF.

In any event, if the Plaintiff was properly served with this request for additional information and was informed that it was deficient, the Plaintiff would of still had time to cure the deficiency. The Plaintiff was only informed now of the deficiency.

In a separate mailing, the Plaintiff has arranged to cure the

1

defiency by having the records (i.e. dispensing records) sent directly to Defendant's legal counsel.

Plaintiff therefore request that the Court consider these additional facts in ruling on Plaintiff's motion for reconsideration of it's dismissal order.

Dated: October 25, 2018

Respectfully submitted,

Alan Leschyshyn 38415408
Federal Correctional Institution
La Tuna
P.O. Box 3000
Anthony, TX 88021

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I mailed a copy of this response to Defendant at the following address:

Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661

Alan Leschyshyn

Alan Michael Leschyshyn
#38415408
Federal Correctional Institution
La Tuna
P.O. Box 3000
Anthony, TX 88021

VIA CERTIFIED MAIL RECEIPT #
70993400001686101265

May 3, 2017

Hope S. Freiwald or
Katherine Unger
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Re: In re Testosterone Replacement Therapy Products Liability Litigation
    Alan Leschyshyn v. AbbVie Inc. et al., Docket No. 1:17-cv-01778

Dear Ms. Freiwald & Ms. Unger:

Enclosed is the following requested documents:
- Master Short-Form Complaint for Individual Claims
- Plaintiff Fact Sheet including Exhibits & Authorizations.

In addition, I included a copy of the Appearance Form for Pro Se Litigants that was filed with the court.

Sincerely,

Alan M. Leschyshyn

## XI. AUTHORIZATIONS

A. For each Health Care Provider and/or pharmacy identified anywhere on the Fact Sheet, provide a completed and signed (but undated) Health Care Authorization i n the form attached as Exhibit B to Case Management Order No. 9 ("CMO 9").

B. If you are eligible for Medicare benefits, provide completed and signed (but undated) authorizations and/or waivers permitting release of documents and information relating to your Medicare coverage and any benefits or payments you have received.

C. If you answered "yes" to question E in Section III, stating that you are you asserting a claim for any psychological or psychiatric injury (other tha n garden variety emotional distress) as a consequence of your use of TRT, provide a completed and signed (but undated) Authorization for Release of Mental Health records attached as Exhibit C to CMO 9 for each agency or company you submitted your application to in the last 10 years.

D. If you answered "yes" to question Q in Section II, and you are asserting a claim for lost earnings or future loss of earnings, then for each Employer identified on the Fact Sheet, provide a completed and signed Employment Authorization attached as Exhibit D to CMO 9 for each employer.

E. If you answered "yes" to question T in Section II, stating that you applied for workers' compensation in the past ten (10) years, provide completed and signed (but undated) authorizations and/or waivers permitting release of documents and information from each agency or company you submitted your application to in the last 10 years.

F. If you answered "yes" to question T in Section II, stating that you applied for disability in the past ten (10) y ears, provide completed and signed (but undated) authorizations and/or waivers permitting release of documents and information trom each agency or company you submitted your application to in the last 10 years.

G. For each insurer listed in response to question D in Section III, provide completed and signed (but undated) authorizations and/or waivers permitting release of documents and information from said insurer(s).

```
Alan M. Leschyshyn 38415408
Federal Correctional Institution
La Tuna
P.O. Box 3000
Anthony, TX 88021
```

CERTIFIED MAIL

7000 1670 0013 5932 8448

⇔38415-408⇔
Clerk Us District Court
219 S Dearborn ST
Chicago, IL 60604
United States


11/01/2018-1

