IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

FILED
DEC 03 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In re: TESTOSTERONE            )
REPLACEMENT THERAPY            )    MDL NO. 2545
PRODUCTS LIABILITY LITIGATION  )
                               )    MASTER DOCKET CASE NO. 1:14-cv-01748
                               )
                               )    Honorable Matthew F. Kennelly
                               )
This Document Relates To:      )
Leschyshyn v. AbbVie Inc., et  )
al, Case No. 1:17-cv-01778     )

PLAINTIFF CURED THE DEFICIENCY IN THE PPF

Plaintiff Xpress ~~Post~~ with tracking number EG 043 308 641 CA copies of the Plaintiff's prescription records for Androgel to Defendant's counsel. It arrived on November 2, 2018 at 1:24 p.m. and signed for by J L. This has now cured the deficiency in the Plaintiff Profile Form ("PPF").

Dated: November 26, 2018          Respectfully submitted,

                                  Alan Leschyshyn 38415408
                                  Federal Correctional Institution
                                  La Tuna
                                  P.O. Box 3000
                                  Anthony, TX 88021

CERTIFICATE OF SERVICE
I hereby certify that on November 26, 2018, I mailed a copy of this response to Defendant at the following address:

Goldman, Ismail, Tomaselli, Brennan & Baum LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661

Alan Leschyshyn

1

```
Alan M. Leschyshyn 38415408
Federal Correctional Institution
La Tuna
P.O. Box 3000
Anthony, TX 88021
```

```
⇦38415-408⇨
Clerk Us District Court
219 S Dearborn ST
Chicago, IL 60604
United States
```

12/03/2018-41